IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ANTHONY WATTS,**

**Defendant.**                                                            No. 05-CR-30015-DRH

### ORDER

Before the Court is a motion to continue submitted by Defendant Anthony Watts. (Doc. 161.) The Court, being fully advised in the premises, finds that trial should be postponed since Attorney Frederick J. Hess was only recently appointed, on October 14, 2005. (Doc. 159.) Also, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's motion to continue. (Doc. 161.) The Court **CONTINUES** Defendant's trial to Monday, February 13, 2005. The time from the date Defendant's motion was filed, October 18, 2005, until the date on which the trial is rescheduled, February 13, 2005, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 19th day of October, 2005.

/s/        David RHerndon
**United States District Judge**